UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------------------------------------x
LEAH WALLACE, individually on behalf of         :
herself and all others similarly situated,      :
                    Plaintiff,                  :
                                                :
v.                                              :       ORDER
                                                :
NUVANCE HEALTH and HEALTH QUEST                 :       20 CV 545 (VB)
SYSTEMS, INC.,                                  :
                    Defendants.                 :
--------------------------------------------------------------x
```

On March 19, 2020, defendants filed a motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). (Doc. #17).

Accordingly, it is hereby ORDERED that, by no later than March 30, 2020, plaintiff must notify the Court by letter whether (i) she intends to file an amended complaint in response to the motion to dismiss, or (ii) she will rely on the complaint that is the subject of the motion to dismiss.

If plaintiff elects not to file an amended complaint, the motion will proceed in the regular course, and the Court is unlikely to grant plaintiff a further opportunity to amend to address the purported deficiencies made apparent by the fully briefed arguments in defendants' motion. See Loreley Fin. (Jersey) No. 3 Ltd. v. Wells Fargo Sec., LLC, 797 F.3d 160, 190 (2d Cir. 2015) (leaving "unaltered the grounds on which denial of leave to amend has long been held proper, such as undue delay, bad faith, dilatory motive, and futility"); accord F5 Capital v. Pappas, 856 F.3d 61, 89–90 (2d Cir. 2017). The time to file opposing and reply papers shall be governed by the Federal Rules of Civil Procedure and the Local Civil Rules, unless otherwise ordered by the Court.

If plaintiff elects to file an amended complaint, plaintiff must file the amended complaint by no later than 14 days after notifying the Court of her intent to do so. Within 21 days of such amendment, defendants may either (i) file an answer to the amended complaint, (ii) file a motion to dismiss the amended complaint, or (iii) notify the Court by letter that they are relying on the initially filed motion to dismiss.

Dated: March 20, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge