UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LEAH WALLACE, CHUNG SUK CRISPELL,    :
STEPHEN GYSCEK, NICOLE DIGILIO,       :
ALEXYS WILLIAMSON, and STEVEN         :
SUPER, individually and on behalf of all others    :        **ORDER**
similarly situated,                   :
          Plaintiffs,    :
                                      :        20 CV 545 (VB)
v.                                    :
                                      :
HEALTH QUEST SYSTEMS, INC.            :
                                      :
          Defendant.    :
------------------------------------------------------------x

      On June 24, 2020, plaintiffs filed a motion to appoint The Sultzer Law Group, P.C., and Migliaccio & Rathod, LLP as interim co-lead counsel for the proposed class and to appoint Dreyer Boyajian, LLP to serve as an Executive Committee member alongside the proposed co-counsel. (Doc. #36).

      To date, no party has opposed the motion. Accordingly, the Court <u>sua sponte</u> extends the parties' time to oppose the motion to July 22, 2020. If no opposition is received by July 22, 2020, the Court will deem the motion fully submitted and unopposed.

Dated: July 15, 2020
      White Plains, NY

                SO ORDERED:

                Vincent L. Briccetti
                United States District Judge