UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LEAH WALLACE, STEVEN SUPER,
STEPHEN GYSCEK, ALEXYS
WILLIAMSON, NICOLE DIGLIO, and
CHUNG SUK CRISPELL, individually and on
behalf of all others similarly situated
                        Plaintiffs,

v.

HEALTH QUEST SYSTEMS, INC.,
                        Defendant.
--------------------------------------------------------------x

**ORDER REGARDING SEALED DOCUMENTS**

20 CV 545 (VB)

      The Court having So Ordered the parties' Stipulated Protective Order dated May 26, 2021, which, among other things, provides for the filing of documents under seal, it is further ORDERED:

1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth in: (i) Section 6 of the Court's Electronic Case Filing Rules & Instructions; (ii) the Court's "Sealed Records Filing Instructions," available at https://nysd.uscourts.gov/programs/records; and (iii) Judge Briccetti's Individual Practices.

2. A full and unredacted courtesy copy of any submission of documents electronically filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Dated: May 26, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge