## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

LEAH WALLACE, STEVEN SUPER, )
STEPHEN GYSCEK, ALEXYS )   **Civil Action No. 7:20-cv-00545-VB**
WILLIAMSON, NICOLE DIGILIO, AND )
CHUNG SUK CRISPELL, individually and on )
behalf of all others similarly )
situated, )
            )
           Plaintiffs, )
            )
v. )
            )
HEALTH QUEST SYSTEMS, INC. )
            )
            Defendant. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Leah Wallace, Steven Super, Stephen Gyscek, Alexys Williamson, Nicole

Digilio, and Chung Suk Crispell (collectively, "Plaintiffs") and Defendant Health Quest Systems,

Inc. (together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby

stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs'

claims against Health Quest are hereby dismissed with prejudice, with each party to bear its own

costs and attorneys' fees.

**SO STIPULATED.**

Date: July 20, 2021

_____

**THE SULTZER LAW GROUP P.C.**
Jason P. Sultzer
Mindy Dolgoff
Daniel Markowitz
sultzerj@thesultzerlawgroup.com
85 Civic Center Plaza, Suite 200
Poughkeepsie, New York 12601
Tel: (845) 483-7100

_____

**BAKER & HOSTETLER LLP**
Casie D. Collignon
1801 California Street, Suite 4400
Denver, CO 80202-2662
Tel: (303) 861-0600
Fax: (303) 861-7805

Fax: (888) 749-7747

**MIGLIACCIO & RATHOD LLP**
Nicholas A. Migliaccio, Esq.
Jason S. Rathod, Esq.
Selin Demir, Esq.
nmigliaccio@classlawdc.com
jrathod@classlawdc.com
412 H Street NE
Washington, DC 20002
Tel: (202) 470-3520
Fax: (202) 800-2730

_____

**DREYER BOYAJIAN LLP**
James R. Peluso
jpeluso@dblawny.com
75 Columbia Street
Albany, New York 12210
Tel: (518) 463-7784

*Counsel for Plaintiffs*

Fax: (888) 749-7747

---

**MIGLIACCIO & RATHOD LLP**
Nicholas A. Migliaccio, Esq.
Jason S. Rathod, Esq.
Selin Demir, Esq.
nmigliaccio@classlawdc.com
jrathod@classlawdc.com
412 H Street NE
Washington, DC 20002
Tel: (202) 470-3520
Fax: (202) 800-2730

**DREYER BOYAJIAN LLP**
James R. Peluso
jpeluso@dblawny.com
75 Columbia Street
Albany, New York 12210
Tel: (518) 463-7784

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that, on July 20, 2021, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system, which will send notice to all counsel of record.

*/s/ Jason P. Sultzer*
Jason P. Sultzer
